IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02557-BNB

CYNTHIA RENEE PINKEY,

    Plaintiff,

v.

ARI ZAVARAS, Director,
SGT. MASTERS,
ASS. WARDEN SCOTT HALL,
MAJOR CHAVEZ,
WARDEN TRAVIS TRANI,
LT. COOK,
LT. SCHELBLE,
LT. PAGENT, and
SGT. SMALL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 1 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Cynthia Renee Pinkey, is a prisoner in the custody of the Colorado Department of Corrections at the Denver Women's Correctional Facility in Denver, Colorado. Ms. Pinkey initiated this action by filing *pro se* a Prisoner Complaint. On December 2, 2009, she filed an amended Prisoner Complaint. On February 19, 2010, she filed a second amended Prisoner Complaint. On March 9, 2010, Magistrate Judge Boyd N. Boland ordered Ms. Pinkey to file a third amended complaint that clarifies the specific claims she is asserting in this action. On April 13, 2010, Magistrate Judge Boland granted Ms. Pinkey's request for an extension of time to file a third amended complaint and directed her to file a third amended complaint within thirty days. On May

17, 2010, Ms. Pinkey filed her third amended complaint. She claims in this action that her rights under the United States Constitution have been violated.

At the time she filed her original complaint in this action, Ms. Pinkey also filed a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. On December 9, 2009, Magistrate Judge Boland granted the *in forma pauperis* motion and, pursuant to 28 U.S.C. § 1915(b), he ordered Ms. Pinkey to pay the $350.00 filing fee in installments. On January 7, 2010, Ms. Pinkey paid an initial partial filing fee of $4.00. However, she has not made any monthly filing fee payments since January 7, 2010. Therefore, on April 12, 2010, Magistrate Judge Boland ordered Ms. Pinkey to show cause why this action should not be dismissed for failure to comply with the filing fee payment requirements of § 1915(b)(2). On April 20, 2010, Ms. Pinkey filed her response to the show cause order.

Pursuant to 28 U.S.C. § 1915(b)(2), Ms. Pinkey is required to make "monthly payments of 20 percent of the preceding month's income credited to [her] account" until the filing fee is paid in full. In Magistrate Judge Boland's December 9 order, Ms. Pinkey was instructed either to make the required monthly payments or to show cause each month why she has no assets and no means by which to make the monthly payment. In order to show cause, Ms. Pinkey was directed to file a current certified copy of her inmate trust fund account statement that demonstrates her inability to make a monthly filing fee payment. Ms. Pinkey was warned that a failure either to make monthly payments or to show cause each month why she is unable to make a monthly payment would result in the dismissal of this action. In addition to her failure to make any monthly filing fee payments after the initial partial filing fee was paid on January 7,

2010, Ms. Pinkey has failed to submit in any subsequent month a certified copy of her inmate trust fund account statement in order to show cause why she was not able to make the required monthly filing fee payment.

Ms. Pinkey alleges in her response to Magistrate Judge Boland's show cause order that she is unable to pay the filing fee because she has not had more than $1.50 in her inmate account. However, Ms. Pinkey has not submitted a certified copy of her inmate trust fund account statement to support that allegation. Furthermore, Ms. Pinkey fails to explain why she has not complied with Magistrate Judge Boland's December 9 order by submitting a certified copy of her trust fund account statement to the Court each month to demonstrate that she is unable to make a monthly payment. The Court also notes that Ms. Pinkey has filed on May 17, 2010 two new motions seeking leave to proceed *in forma pauperis* pursuant to § 1915 but she failed to submit a certified copy of her inmate trust fund account statement with either motion to demonstrate that she is unable to make a monthly filing fee payment.

Ms. Pinkey also argues in her response to Magistrate Judge Boland's show cause order that orders demanding payment of twenty percent of an inmate's income must be given to prison officials by the Court and not her. The Court disagrees. Pursuant to Magistrate Judge Boland's December 9 order, it is Ms. Pinkey's obligation either to make the required monthly filing fee payments or to show cause each month why she is unable to make a monthly filing fee payment.

For these reasons, the Court finds that Ms. Pinkey has failed to demonstrate good cause for her failure to comply with Magistrate Judge Boland's December 9 order and the requirements of 28 U.S.C. § 1915(b)(2). Accordingly, it is

3

ORDERED that the complaint, the amended complaint, the second amended complaint, and the action are dismissed without prejudice because Ms. Pinkey has failed to comply with Magistrate Judge Boland's December 9 order granting leave to proceed *in forma pauperis* and the requirements of 28 U.S.C. § 1915(b)(2).

DATED at Denver, Colorado, this  19th   day of   May  , 2010.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02557-BNB

Cynthia R. Pinkey
Prisoner No. 89688
Denver Women's Corr. Facility
PO Box 392005
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/21/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk