IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02557-ZLW

CYNTHIA R. PINKEY,

        Plaintiff,

v.

ARI ZAVARAS, Director,
SGT. MASTERS,
ASS. WARDEN SCOTT HALL,
MAJOR CHAVEZ,
WARDEN TRAVIS TRANI,
LT. COOK,
LT. SCHELBLE,
LT. PAGENT, and
SGT. SMALL,

        Defendants.

ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

Weinshienk, Senior Judge

Plaintiff filed *pro se* on May 28, 2010, a notice of appeal. On June 3, 2010, the court ordered Plaintiff to cure the deficiencies on appeal by submitting either the filing fee on appeal or a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. On June 18, 2010, Plaintiff submitted a Financial Declaration. The court has examined the declaration and the file and finds that it is deficient for the following reasons:

**(A)**    **Filing Fee**
           __ is not submitted

**(B)**    **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
           __ is not submitted

|     | is missing affidavit |
| --- | --- |
| __  | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing |
|     | is missing required financial information |
|     | is missing an original signature by the prisoner |
| X   | is not on proper form (must use the court's current form) |
|     | other_____ |

Accordingly, it is

ORDERED that the June 18, 2010 declaration seeking leave to proceed *in forma pauperis* on appeal is denied because the declaration is deficient.

DATED at Denver, Colorado, this  14th  day of  July , 2010.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court